United States District Court
Southern District of Texas
**ENTERED**
May 17, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| LATEAA JAMES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:15-cv-297 |
| | § | |
| CITY OF WEST COLUMBIA., *et al*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Plaintiff brought this lawsuit in state court on September 28, 2015, suing for malicious prosecution, false imprisonment, false arrest, intentional infliction of emotional distress, libel, and slander, and violations of her constitutional rights under 42 U.S.C. § 1983.

Defendants removed the case to this Court on October 20, 2015. (Dkt. 1).

On March 22, 2016, the Court held a scheduling conference and at that conference, the Court granted Plaintiff permission to file her first amended complaint, giving her a deadline of April 5, 2016. The Court also entered a Docket Control Order stating that all motions to amend pleadings were to be filed on or before May 23, 2016.

On April 5, 2016, Plaintiff filed her First Amended Complaint, adding additional defendants to this case. (Dkt. 12). Some of the defendants thereafter filed Motions to Dismiss under 12(b)(6) (Dkt. 15, 17) and a Motion to Strike Allegations in Plaintiff's Amended Complaint (Dkt. 18). Plaintiff filed a Response to one of the Motions to Dismiss, but she also filed a Second, and then a Third, Amended Complaint. (Dkt. 19, 20, 21).

In light of the foregoing, the following motions are **DENIED AS MOOT**:

Dkt. 5    Motion to Dismiss filed by City of West Columbia
Dkt. 15   Amended Motion to Dismiss filed by City of West Columbia
Dkt. 17   Opposed Motion to Dismiss for Failure to State a Claim by Darryl R Tiner
Dkt. 18   Opposed Motion to Strike Allegations in Plaintiff's Amended Complaint by City of West Columbia

SIGNED at Galveston, Texas, this 16th day of May, 2016.

_____
George C. Hanks Jr.
United States District Judge